IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JOHN DOBLES**,<br><br>Defendant | NO. 5: 05-MJ-10-03 (CWH)<br><br>**VIOLATION: THEFT** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #11) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. The proceeding against defendant JOHN DOBLES is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 19th day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE